UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNON TITUS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendant. | Case No. 13-cv-02401-JST<br><br>**ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE**<br><br>Re: ECF No. 17 |

The Court hereby GRANTS Plaintiff's counsel's request to appear by telephone at the conference scheduled for September 18, 2013 at 2:00 P.M. Not less than twenty-four hours before the conference, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which counsel's attorney can be reached for the conference.

**IT IS SO ORDERED.**

Dated: September 13, 2013

_____
JON S. TIGAR
United States District Judge