DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
ELIZABETH PEDERSON, State Bar #288184
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3862
Facsimile: (415) 554-3837
E-Mail: elizabeth.pederson@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

FILED

JAN 0 3 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaVERNON TITUS,<br><br>    Plaintiff,<br><br>vs.<br><br>City and County of San Francisco, a municipal corporation; Police Officer Start No. 700, Police Officer, Badge no. 161, San Francisco Police Department, in their individual and official capacities and DOES 1 –through 20, inclusive,<br><br>    Defendants. | Case No. C13-02401 JST<br><br>~~STIPULATION TO REQUEST THE COURT TO REMOVE CASE FROM MEDIATION AND REFER TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE;~~ [~~PROPOSED~~] ORDER |

WHEREAS Plaintiff and Defendants previously, prior to conducting discovery, stipulated to mediation for this case but have since conducted discovery;

WHEREAS, by and through their counsel, Plaintiff and Defendants have conferred and believe that the resources of the Court and the parties would be used most efficiently by utilizing a settlement conference officiated by a magistrate judge instead of mediation;

WHEREAS the parties conferred by phone with Daniel Bowling from the ADR Office on January 2, 2014, who concurred with the parties' desire to petition the Court for referral to a magistrate judge;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that the parties hereby request the Court to remove this case from mediation and refer the action to a magistrate judge for a settlement conference.

Dated: January 2, 2014

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
ELIZABETH PEDERSON
Deputy City Attorney

By: /s/ Elizabeth Pederson
ELIZABETH PEDERSON
Attorney for Defendants
CITY AND COUNTY OF SAN FRANCISCO

Dated: January 2, 2014

LAW OFFICES OF WILLIAM R. HOPKINS

By: */s/ William Hopkins
WILLIAM HOPKINS
Attorneys for Plaintiff
LaVERNON TITUS

*The filer of this document attests that concurrence in the filing of this document has been obtained from plaintiff's attorney above, and shall serve in lieu of his signature.

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

DATED: Jan. 3, 2014

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE