DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
ELIZABETH PEDERSON, State Bar #288184
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3862
Facsimile: (415) 554-3837
E-Mail: elizabeth.pederson@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaVERNON TITUS,<br><br>    Plaintiff,<br><br>    vs.<br><br>City and County of San Francisco, a municipal corporation; Police Officer Start No. 700, Police Officer, Badge no. 161, San Francisco Police Department, in their individual and official capacities and DOES 1 –through 20, inclusive,<br><br>    Defendants. | Case No. C13-02401 JST (EDL)<br><br>**[PROPOSED] ORDER EXCUSING CERTAIN DEFENDANTS FROM ATTENDING SETTLEMENT CONFERENCE**<br><br>Hearing Date: April 3, 2014<br>Time: 9:30 a.m.<br>Place: 450 Golden Gate, 16th Fl.<br>San Francisco, CA 94102<br><br>Trial Date: None Set. |

FOR GOOD CAUSE SHOWN, the Court issues the following Order:

After careful consideration of the request of Defendants' counsel, the Court has determined that Officer Andrew Johnson and Captain Eric Vintero are excused from attending the settlement conference scheduled for April 3, 2014.

DATED: February 10, 2014

_____
HON. ELIZABETH D. LAPORTE
Chief United States Magistrate Judge